

STATE of Missouri, Respondent,

v.

Richard Allen WILLIAMS, Appellant.

No. ED 100304

Missouri Court of Appeals,
Eastern District,
Division Three.

FILED: December 16, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 24, 2015

Gilbert C. Sison, 120 S. Central Avenue, Suite 130, St. Louis, MO 63105, for appellant.

Chris A. Koster, Attorney General, Richard A. Starnes, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, for respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

### ORDER

PER CURIAM.

Richard Williams appeals from the judgments entered after a jury trial on the following convictions: two counts of statutory sodomy in the first degree, one count of child molestation in the first degree, one count of sexual misconduct with a person under age fifteen and one count of endangering the welfare of a child in the first degree. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

J.A.K., Appellant,

v.

K.L.K., Respondent.

No. ED 101571

Missouri Court of Appeals,
Eastern District,
*Division Four.*

Filed: January 13, 2015

Rehearing Denied February 24, 2015

FOR APPELLANT: Thomas A. Durphy, Clayton, MO.

FOR RESPONDENT: M. Jill Wehmer, Clayton, MO.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### *ORDER*

PER CURIAM.

J.A.K. appeals the judgment of the trial court denying his motion to modify his obligation to pay maintenance to K.L.K. ("Respondent") and awarding Respondent attorney's fees. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memoran-

dum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

Joan NELSON, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### WD 77254

Missouri Court of Appeals,
Western District.

FILED: February 17, 2015

Joan Nelson, Appellant Pro Se, Cahokia, IL, for appellant.

Christine K. Lesicko, Jefferson City, MO, for respondent.

Before Division Four: Alok Ahuja, C.J., and Karen King Mitchell and Cynthia L. Martin, JJ.

### ORDER

PER CURIAM:

A deputy in the Division of Employment Security of the Department of Labor and Industrial Relations determined that Appellant Joan Nelson was ineligible for unemployment compensation benefits. She appealed to the Division's Appeals Tribunal. The Appeals Tribunal scheduled a telephone hearing, but Nelson failed to participate. Following a subsequent telephone hearing, the Appeals Tribunal found that Nelson did not have good cause for her non-attendance at the original hearing, and dismissed her appeal. The Labor and Industrial Relations Commission affirmed the Appeals Tribunal's decision. Nelson appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

METROPOLITAN NATIONAL BANK, Plaintiff/Appellant,

v.

## COMMONWEALTH LAND TITLE INSURANCE COMPANY, Defendant/Respondent.

### No. SD 33161

Missouri Court of Appeals,
Southern District,
Division One.

Filed: February 23, 2015

